AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

8813406
ICE

| United States of America | ) |
|---|---|
| v. | ) |
| Archie Lee McCLENNAN | ) Case No. 2:12mj140 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Archie Lee McCLENNAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

The defendant did unlawfully, knowingly and intentionally conspire to import a controlled substance, in violation of Title 21, United States Code, Sections 963, 960, and 952.

Date: March 14, 2012

City and state: Norfolk, VA

*Issuing officer's signature*

F. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3-14-12, and the person was arrested on *(date)* 3-15-12
at *(city and state)* Portsmouth, VA.

Date: 3-15-12

*Arresting officer's signature*

D-IAN Lewis  SPECIAL AGENT - HSI
*Printed name and title*

MAR 15 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA